# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 6

USCA NO. _____

SDNY NO. _07 av 7562_

JUDGE: _KMW_

DATE: _Sept. 21, 2007_

---------------------------------------------------------------

Knows

-v-

Bankruptcy

---------------------------------------------------------------

### INDEX TO THE RECORD ON APPEAL

U.S. DISTRICT COURT
FILED
SEP 21 2007
S. D. OF N.Y.

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS  SECTION_____
ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_
_500 PEARL STREET, NEW YORK, NEW YORK 10007_
PHONE NO._____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------------------

DOCUMENTS                                                                                          DOC#

---

Clerk's Certificate

---

See Attached List of Numbered Documents

---

( X ) Original Record                                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21st Day of September, 2007.

**United States District Court for
the Southern District of New York**

Date: _Apl. 21, 2007_

U.S.C.A. # _____

------------------------------------------------

*Knons*

U.S.D.C. # _07 cv 7562_

-V-

D.C. JUDGE _KMW_

*Bankruptcy*

------------------------------------------------

# Clerk's  Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                                    **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21st Day of _Sept_ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
                Deputy Clerk

APPEAL, CLOSED, MEMBER

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07562-KMW
### Internal Use Only

| | |
|---|---|
| Knows v. Bankruptcy | Date Filed: 08/27/2007 |
| Assigned to: Judge Kimba M. Wood | Date Terminated: 08/27/2007 |
| Lead case: 1:07-cv-07561-KMW | Jury Demand: None |
| Member case: (View Member Case) | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Samara Knows.(laq) (Entered: 08/31/2007) |
| 08/27/2007 | 2 | COMPLAINT against Bankruptcy. Document filed by Samara Knows.(laq) (Entered: 08/31/2007) |
| 08/27/2007 | | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 08/31/2007) |
| 08/27/2007 | 3 | DUPLICATE ORIGINAL - ORDER OF DISMISSAL,,,The court grants plaintiff's request to proceed in forma pauperis, and directs the Clerk of Court to consolidate these two actions (1:07-cv-7561 & 1:07-cv-7562) solely for the purpose of this order. For the reasons set forth, the complaints are dismissed. Accordingly, the complaints, filed in forma pauperis under 28 U.S.C. 1915(a)(1), are dismissed. 28 U.S.C. 1915(e)(2). Plaintiff is hereby warned that the next time she files a complaint that is frivilous, lacking in merit, or fails to state a claim, the Court will issue an order directing her to show cause why she should not be barred from filing any new actions in forma pauperis without the Court's prior permission. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith.We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/27/7) (laq) (Entered: 08/31/2007) |
| 08/27/2007 | 4 | DUPLICATE JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/27/7) (laq) (Entered: 08/31/2007) |
| 08/27/2007 | | CONSOLIDATED MEMBER CASE: Create association to 1:07-cv-07561-KMW. (laq) (Entered: 08/31/2007) |
| 09/04/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Samara Knows. (tp) (Entered: 09/18/2007) |
| 09/04/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Samara Knows. $455.00 APPEAL FEE DUE. IFP REVOKED 8/27/07. (tp) (Entered: 09/18/2007) |
| 09/18/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 09/18/2007) |
| 09/18/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 09/18/2007) |