

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CURCUIT

9.17.07

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of December, two thousand and seven,

Knows v. Bankruptcy

**ORDER**
Docket Number:  07-4062-cv

UNITED STATES COURT OF APPEALS
FILED
DEC 18 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

An appeal having been filed in this Court on 9/21/07; and,

The Court, *sua sponte,* on 11/14/07 having issued an order to show cause why the appeal should not be dismissed for failure to pay the required docket fee; and

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: D. Holmes
Deborah A. Holmes, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by D. Holmes
DEPUTY CLERK

Certified    JAN 2 4 2008